# 1144

## 58 NEW YORK SUPPLEMENT
### and 92 New York State Reporter.

LEHON, Appellant, v. SAYER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by John D. Lehon against Edward Sayer, and John S. Parsons and William H. Enos, nonanswering defendants. No opinion. Judgment affirmed, with costs.

LICHTENAUER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Joseph M. Lichtenauer against the Manhattan Railway Company. G. A. Gardiner, for appellant. H. G. Atwater, for respondent. No opinion. Judgment modified by reducing fee damage to $1,000, and by reducing rental damages to $125 a year, and as so modified affirmed, without costs.

LINK, Respondent, v. DRURY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Mathias J. Link against Charles S. Drury. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event. Held, that the verdict is against the weight of evidence.

LORA et al., Appellants, v. DORA, Respondent. (Supreme Court, Appellate Term. May 24, 1899.) Action by Julius Lora and another against Louis Dora. There was a judgment for defendant, and plaintiffs appeal. Affirmed. John Palmieri, for appellants. William C. Timm, for respondent.

PER CURIAM. This case presents only the question of fact whether the goods which were the subject of the action were sold at a new price, or subject to a discount. The justice found in favor of the latter contention, and accordingly, upon testimony amply warranting his conclusion, found in favor of the defendant. The judgment should be affirmed. Judgment affirmed, with costs to the respondent.

LYMAN, Appellant, v. SWARTS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Henry H. Lyman, as state commissioner of excise of the state of New York, against Frank M. Swarts and others. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

McCARTHY, Respondent, v. BROOKLYN WHARF & WAREHOUSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Charles McCarthy against the Brooklyn Wharf & Warehouse Company. No opinion. Judgment and order affirmed, with costs.

McCONIHE, Respondent, v. CONNECTICUT MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Mary T. Mc Conihe against the Connecticut Mutual Life Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re McCORMICK et al. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) In the matter of the application of Laura Brenton McCormick and others, as testamentary guardians of Theodora Brenton Eliot McCormick, an infant, under the will of Eliot McCormick, deceased. No opinion. Motion for resettlement, or for leave to appeal to the court of appeals, denied. See 57 N. Y. Supp. 548.

McGOWN, Respondent, v. McGOWN, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by Henry P. McGown, Jr., against Mary E. McGown. H. W. Scott, for appellant. C. Blandy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McINROY, Respondent, v. DAVID STEVENSON BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by Elmore D. McInroy, an infant, etc., against the David Stevenson Brewing Company. No opinion. Judgment and order affirmed, with costs. All concur, except GOODRICH, P. J., who dissents solely on the question of the amount of damages.

McLOUGHLIN, Appellant, v. PRESCOTT et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Christopher McLoughlin against Charles H. Prescott and others. No opinion. Judgment affirmed, with costs.

McMILLAN, Respondent, v. RICHARDSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Thomas McMillan against William H. Richardson and another. No opinion. Judgment affirmed, with costs.

MAGNUS, Respondent, v. McCARTHY, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Helena Magnus against John F. McCarthy. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion granted.

In re MALLERY et al. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) In the matter of the judicial settlement of the accounts of Uriah Mallery and George H. Garfield as executors. No opinion. Decree of the surrogate, so far as appealed from, affirmed, with costs.

MANHART, Appellant, v. PETERS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by William J. Manhart against Alice Peters and others. No opinion. Judgment affirmed, with costs.